IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel* WILLIAM BOSBYSHELL, JR.,<br><br>       Plaintiffs,<br>   v.<br><br>THE ART INSTITUTE OF CHARLOTTE, LLC, SOUTH UNIVERSITY, LLC, And EDUCATION MANAGEMENT CORPORATION,<br><br>       Defendants. | No. 3:16-CV-514-FDW-DSC |

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

**IT IS ORDERED** that,

1. the Complaint, the Government's Notice of Election to Decline Intervention and Motion to Unseal Complaint, and this Order, be unsealed;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the Defendants, which the Relator will serve upon the Defendants only after service of the Complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).

The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

      5.  the parties shall serve all notices of appeal upon the United States;

      6.  all orders of this Court shall be sent to the United States; and that

      7.  should the Relator or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

      **SO ORDERED**.

Signed: July 20, 2017

David S. Cayer
United States Magistrate Judge